## Commonwealth, Appellant, *v.* Butler.

Argued December 8, 1972. *Milton M. Stein,* Assistant District Attorney, with him *Richard D. Steel* and *Martin H. Belsky,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *D. Salaman,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellee.

Appeal quashed.

WRIGHT, P. J., would refuse to quash and would reverse.

## Commonwealth *v.* Caesar, Appellant.

Argued December 8, 1972. *Kalvin Kahn,* for appellant; *D. Richman,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.